UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:21-cr-1 |
| | ) | |
| v. | ) | Judge Curtis L. Collier |
| | ) | |
| DERIK ADAM BROWN | ) | Magistrate Judge Christopher H. Steger |

**O R D E R**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Count Two of the four-count Superseding Indictment; (2) accept Defendant's guilty plea to Count Two of the four-count Superseding Indictment; (3) adjudicate Defendant guilty of possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and (4) order that Defendant remain in custody pending sentencing or further order of this Court. (Doc. 86 at 1.)

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 86) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Count Two of the four-count Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Two of the four-count Superseding Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1);

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

1

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **February 19, 2025, at 2:00 p.m**.

   **SO ORDERED.**

   **ENTER:**

   /s/_____
   **CURTIS L. COLLIER**
   **UNITED STATES DISTRICT JUDGE**